IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Shawanda Tatum | : | |
| | : | BANKRUPTCY NO.: 18-15183-JKF |

### O R D E R

AND NOW, this _____ day of _____ 2018, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until 9/3/18, by which date all required documents must be filed.

**Date: August 21, 2018**

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE