## Stub 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| | | S R TATUM | 04489538 | 17 18 | 63140649 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 06 | 1719 | 813 | W | 3805 | 65408 |
| 2 | P 06 | 1719 | 813 | N | 1408 | 1577 |
| 1 | P 06 | 1719 | 813 | W | 3063 | 52653 |
| 1 | P 06 | 1719 | 813 | N | 1068 | 1196 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 120834 | 965003 |
| FED TAX SO | 12062 | 97357 |
| ST TAX PASO | 3710 | 8258 |
| RETIRE | 00 | 00 |
| MEDICARE | 1752 | 13993 |
| UN W | 2041 | 16226 |
| L0651 | 4689 | 10438 |
| L0651 | 00 | 27081 |
| SOSEC | 7491 | 59830 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 6.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 6.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 6.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

NET PAY  890.89

## Stub 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 812 | 41-7965 | S R TATUM | 04489538 | 12 18 | 62735872 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 1 | P 06 | 1719 | 813 | W | 2726 | 46860 |
| 1 | P 06 | 1719 | 813 | N | 2425 | 2716 |
| | | | | L | 800 | 13752 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 63328 | 428297 |
| FED TAX SO | 5161 | 41644 |
| ST TAX PASO | 1944 | 13150 |
| RETIRE | 00 | 00 |
| MEDICARE | 918 | 6210 |
| UN W | 2041 | 6021 |
| L0651 | 2464 | 16664 |
| SOSEC | 3926 | 26554 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 12.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 12.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 12.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

TRACTUAL INCREASE

NET PAY  468.74

## Stub 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 812 | 41-7965 | S R TATUM | 04489538 | 09 18 | 62437028 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 06 | 1698 | 813 | W | 3458 | 58717 |
| 1 | P 06 | 1698 | 813 | W | 3685 | 62571 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 121288 | 121288 |
| FED TAX SO | 1217 | 1217 |
| ST TAX PASO | 3724 | 3724 |
| RETIRE | 00 | 00 |
| MEDICARE | 1759 | 1759 |
| L0651 | 4719 | 4719 |
| SOSEC | 7520 | 7520 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 3.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 3.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 3.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

NET PAY  914.49

## Earnings Statement 1 (Pay Period 16-18, Serial 63059344)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 040 | 41-6570 | S R TATUM | 04489538 | 16 18 | 63059344 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 06 | 1719 | 813 | W | 3013 | 517 93 |
| 2 | P 06 | 1719 | 813 | N | 1031 | 11 55 |
| 1 | P 06 | 1719 | 813 | W | 3558 | 611 62 |
| 1 | P 06 | 1719 | 813 | N | 1208 | 13 53 |
|   | ADJ |   |   |   | 1900 | 326 61 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1481 24 | 8441 74 |
| FED TAX SO | 114 18 | 852 95 |
| ST TAX PASO | 35 45 | 45 48 |
| RETIRE | 00 | 00 |
| MEDICARE | 16 74 | 122 41 |
| UN W | 20 41 | 141 85 |
| LO651 | 44 81 | 57 49 |
| LO651 | 12 68 | ADJUST |
| STATE | 10 03 | ADJUST |
| FED | 71 85 | ADJUST |
| MEDIC | 4 74 | ADJUST |
| SOSEC | 20 25 | ADJUST |
| LO651 | 00 | 270 81 |
| SOSEC | 71 59 | 523 39 |

### Leave Status

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 3.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 3.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 3.00 |
| AL USED THIS PP | 19.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

AL/DL FROM PRIOR APPT PD

**NET PAY 1058.51**

---

## Earnings Statement 2 (Pay Period 15-18, Serial 62934569)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 812 | 41-7965 | S R TATUM | 04489538 | 15 18 | 62934569 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 06 | 1719 | 813 | W | 3219 | 553 35 |
| 2 | P 06 | 1719 | 813 | N | 2642 | 29 59 |
| 1 | P 06 | 1719 | 813 | W | 2959 | 508 65 |
| 1 | P 06 | 1719 | 813 | N | 2400 | 26 88 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1118 47 | 6960 50 |
| FED TAX SO | 109 84 | 666 92 |
| ST TAX PASO | 34 34 | 213 71 |
| RETIRE | 00 | 00 |
| MEDICARE | 16 22 | 100 93 |
| UN W | 20 41 | 121 44 |
| LO65 | 43 52 | 270 81 |
| SOSEC | 69 34 | 431 55 |

### Leave Status

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 19.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 19.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 19.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 824.80**

---

## Earnings Statement 3 (Pay Period 14-18, Serial 62851017)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 812 | 41-7965 | S R TATUM | 04489538 | 14 18 | 62851017 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 06 | 1719 | 813 | W | 2561 | 440 24 |
| 2 | P 06 | 1719 | 813 | N | 2411 | 27 00 |
| 1 | P 06 | 1719 | 813 | W | 3076 | 528 76 |
| 1 | P 06 | 1719 | 813 | N | 2875 | 32 20 |
|   |   |   |   | L | 800 | 137 52 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1165 72 | 5842 03 |
| FED TAX SO | 115 51 | 557 08 |
| ST TAX PASO | 35 79 | 179 37 |
| RETIRE | 00 | 00 |
| MEDICARE | 16 90 | 84 71 |
| UN W | 20 41 | 101 03 |
| LO651 | 45 35 | 227 29 |
| SOSEC | 72 28 | 362 21 |

### Leave Status

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 16.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 16.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 16.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 859.48**