IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Shawanda Tatum | : | |
| | : | No. 18-15183-JKF |
| Debtor | : | |
| | : | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtors Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date: September 6, 2018                               /s/ Erik B. Jensen
                                                                      Erik B. Jensen, Esquire
                                                                      *Attorney for Debtor*