IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
Shawanda Tatum                                  : Chapter 13
                                                :
                                                : Bankruptcy No: 18-15183-JKF


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE


To the Debtor's Employer:

The future earnings of the above named Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$422.50 BI-WEEKLY.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

**Date: September 12, 2018**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Make check payable to:
William C. Miller, Interim Trustee
PO Box 680
Memphis, TN 38101-0680

Payroll Controller
U.S. Postal Service