IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Shawanda Tatum | : | No. 18-15183-jkf |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF NO OBJECTION**

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no response to the Motion to Modify Plan has been served upon me.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date: 5/31/19                                                                                        /s/ Erik B. Jensen
                                                                                                              Erik B. Jensen, Esquire
                                                                                                              *Attorney for Debtor*