# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
Shawanda Tatum  : Chapter 13
 :
 : Bankruptcy No: 18-15183-jkf

# O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $6,420.00 has been paid to the Trustee and the Debtor shall pay $1,977.00 per month for 51 months for a total base amount of $107,247.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: June 12, 2019**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE