# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Shawanda Tatum | | |
| | Debtor | |
| | | Chapter 13 |
| M&T Bank | Movant | |
| vs. | | |
| Shawanda Tatum | Debtor | NO. 18-15183 JKF |
| Robert L. Tatum | Co-Debtor | |
| and Scott Waterman | Trustee | |

## ORDER

AND NOW, this  17th  day of  October  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 16, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5011- 15 Penn Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*[signature]*

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Shawanda Tatum
5011 Penn Street
Philadelphia, PA 19124-0000

Robert L . Tatum
5011 Penn Street
Philadelphia, PA 19124-0000

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Erik B. Jensen Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532