```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-15183-jkf
Shawanda Tatum                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John              Page 1 of 1              Date Rcvd: Oct 17, 2019
                         Form ID: pdf900         Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             +Shawanda Tatum,    5011 Penn Street,    Philadelphia, PA 19124-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2019 03:42:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2019 03:42:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Oct 18 2019 03:41:56      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14212415        E-mail/Text: camanagement@mtb.com Oct 18 2019 03:42:04     M&T Bank,   PO BOX 840,
                 Buffalo, NY 14240
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Shawanda  Tatum akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shawanda Tatum <br> Debtor <br><br> M&T Bank                    Movant <br> vs. <br><br> Shawanda Tatum         Debtor <br><br> Robert L. Tatum        Co-Debtor <br><br> and Scott Waterman     Trustee | Chapter 13 <br><br><br> NO. 18-15183 JKF |

**ORDER**

AND NOW, this 17th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 16, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5011- 15 Penn Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Shawanda Tatum
5011 Penn Street
Philadelphia, PA 19124-0000

Robert L . Tatum
5011 Penn Street
Philadelphia, PA 19124-0000

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Erik B. Jensen Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532