United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15183-jkf
Shawanda Tatum                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 2              Date Rcvd: Jan 15, 2020
                            Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db           +Shawanda Tatum,   5011 Penn Street,   Philadelphia, PA 19124-2627
14177363     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   Po Box 5010,
              Woodland Hills, CA 91365)
14177364     +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14177365     +Creditors Bureau USA,   Attn: Bankruptcy,   757 L Street,   Fresno, CA 93721-2998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:15     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:41
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14177362     +E-mail/Text: broman@amhfcu.org Jan 16 2020 03:14:01     American Heritage Federal Credit Union,
              Attn: Bankruptcy,   2060 Red Lion Road,   Philadelphia, PA 19115-1699
14195732     +E-mail/Text: bnc@atlasacq.com Jan 16 2020 03:13:29     Atlas Acquisitions LLC,   c/o Avi Schild,
              294 Union Street,   Hackensack, NJ 07601-4303
14194634     +E-mail/Text: bnc@atlasacq.com Jan 16 2020 03:13:29     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
14283108     +E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:15
              CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
14177361      E-mail/Text: BankruptcyNotices@aafes.com Jan 16 2020 03:13:30     AAFES,
              Attention: Bankruptcy,   Po Box 650060,   Dallas, TX 75265
14212415      E-mail/Text: camanagement@mtb.com Jan 16 2020 03:13:34     M&T Bank,   PO BOX 840,
              Buffalo, NY 14240
14265587      E-mail/Text: blegal@phfa.org Jan 16 2020 03:13:58     PHFA/HEMAP,   211 NORTH FRONT ST,
              PO BOX 8029,   HARRISBURG, PA 17105
14177366     +E-mail/Text: blegal@phfa.org Jan 16 2020 03:13:58     Pa Housing Finance Age,
              2101 N. Front Street,   Harrisburg, PA 17110-1086
14177367     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 03:20:27     Synchrony Bank/ JC Penneys,
              Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14182749     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2020 03:21:21     T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Shawanda  Tatum akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                Date Rcvd: Jan 15, 2020
                              Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| SHAWANDA TATUM | Bankruptcy No. 18-15183-JKF |
| Debtor | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE